818

for petitioner. Solicitor General Thacher, Assistant Attorney General Rugg and Messrs. Claude R. Branch, Percy M. Cox, and W. Marvin Smith for the United States.

No. 114. VARIOUS ITEMS OF PERSONAL PROPERTY ET AL. v. UNITED STATES. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. Messrs. Lewis Landes and Wm. E. Leahy for petitioners. Solicitor General Thacher, Assistant Attorney General Youngquist and Messrs. John J. Byrne and Paul D. Miller for the United States.

No. 129. BURNET, COMMISSIONER OF INTERNAL REVENUE, v. WHITEHOUSE. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. Solicitor General Thacher, Assistant Attorney General Youngquist and Messrs. Claude R. Branch, Seawall Key, J. Louis Monarch, Clarence M. Charest, Morton P. Fisher, and Miss Helen R. Carloss for petitioner. Messrs. John W. Davis, Spottswood D. Bowers, Marion N. Fisher, and Robert W. Candler for respondent.

No. 141. HALBERT ET AL. v. UNITED STATES;
No. 142. SAME v. SAME;
No. 143. SAME v. SAME;
No. 144. SAME v. SAME;
No. 145. PICKERNOLL ET AL. v. SAME;
No. 146. ELLIOTT ET AL. v. SAME;
No. 147. PETIT ET AL. v. SAME;
No. 148. BARICHIO ET AL. v. SAME;
No. 149. ELLIOTT ET AL. v. SAME;

No. 150. Same v. Same;

No. 151. Rubens et al. v. Same;

No. 152. Walkowsky et al. v. Same;

No. 153. Rolfson et al. v. Same; and

No. 154. Provoe et al. v. Same. October 13, 1930. Petition for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. Overton G. Ellis, Stuart H. Elliott,* and *Webster Ballinger* for petitioners. *Solicitor General Thacher, Assistant Attorney General Richardson,* and *Messrs. Capo Rodriguez* and *W. Marvin Smith* for the United States. Reported below: 38 F. (2d) 795, 805, 806, 799.

No. 155. Chesapeake & Ohio Ry. Co. v. Martin et al. October 13, 1930. Petition for writ of certiorari to the Supreme Court of Appeals of Virginia granted. *Mr. Walter Leake* for petitioner. No appearance for respondents.

No. 176. Pagel, Administrator, v. Hallbom. October 13, 1930. Petition for writ of certiorari to the Supreme Court of Minnesota granted. *Mr. Henry T. Ronning* for petitioner. *Mr. Fred W. Putnam* for respondent.

No. 179. Farbwerke et al. v. Chemical Foundation, Inc., et al.;

No. 180. Farbwerke v. E. I. du Pont de Nemours & Co. et al.;

No. 181. Deutsche Gold & Silber Scheide Anstalt v. Same;

No. 182. Badische-Anilin & Soda-Fabrik v. Same;

No. 271. Woods, Treasurer, v. Chemical Foundation, Inc., et al.;